IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD CUMMINGS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 15-4504 |
| THE CITY OF CHESTER, ARTHUR GRENIER, and JOHN DOE POLICE OFFICERS I-V, | |
| Defendants. | |

## ORDER

**AND NOW,** this **26th** day of January, 2016, upon consideration of the Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6) on Behalf of Defendant, City of Chester ("Chester") (Doc. No. 4), the Response in Opposition by Plaintiff, Reginald Cummings, and Chester's Reply Brief, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE